# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TROY COX, | CASE NO. 3:17-cv-00395 |
| *Plaintiff,* | JUDGE WALTER H. RICE |
| v. | |
| UNIVERSITY OF DAYTON | |
| *Defendant.* | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS (DOC NO. 9)

This Matter is before the Court on the Parties' Joint Motion to Stay Proceedings (Doc No. 9). Having considered this matter fully and being otherwise sufficiently advised, the Court finds that this Motion is well supported and is hereby GRANTED.

It is ORDERED that this matter shall be stayed to allow the Parties to explore possible resolution. The Parties are ORDERED to report back to the Court promptly once this matter is either resolved or they have reached an impasse. It is so ORDERED.

ENTERED this the 5th day of February 2018

_____
UNITED STATES DISTRICT JUDGE

4810-5191-7915, v. 1